

FILED

MAY 2 6 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; DYNATONE PUBLISHING COMPANY, SONY/ATV SONGS, LLC; THE BERNARD EDWARDS COMPANY, LLC; SONGS OF UNIVERSAL, INC.; FAIZILU PUBLISHING; SUTJUJO MUSIC; LIINDSEY ANNE MUSIC CO., INC.; THE MUSIC FORCE; EMI CONSORTIUM SONGS, INC. d/b/a EMI LONGITUDE MUSIC; INTERIOR MUSIC CORP., <br><br>Plaintiffs, <br><br>vs. <br><br>WILD GINGER, INCORPORATED d/b/a WILD GINGER; and TING T. WU a/k/a TINA WU, each individually, <br><br>Defendants. | CV 20-22-BLG-SPW-TJC <br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Upon the Plaintiffs' Notice to Court of Dismissal Without Prejudice (Doc. 5), and for good cause shown,

1

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE.**

DATED this 26th day of May, 2020.

*Susan P. Watters*
Susan P. Watters
U. S. DISTRICT JUDGE